

Jonathan Horne, Esq.
jhorne@rosenlegal.com

January 23, 2018

**BY ECF**

Honorable Arthur D. Spatt
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    *Chu v. BioAmber, Inc. et al,* No. 2:17-cv-01531(ADS) (GRB)

Dear Judge Spatt:

    We represent Lead Plaintiff Chad Zubriski and named Plaintiff George Deratnay ("Plaintiffs") in the above-referenced action. We write to request an extension of time to file Plaintiffs' reply brief in connection with Plaintiffs' cross-motion for leave to amend.

    Plaintiffs filed their cross-motion for leave to amend on December 5, 2017 (Dkt. No. 30). Pursuant to Local Rule 6.1(b)(2), Defendants' opposition to the cross-motion was originally due by December 19, 2017. Defendants submitted a letter application for an extension of time to respond to the cross-motion on December 13, 2017 (Dkt. No. 31). The Court granted Defendants' extension request on December 15, 2017 (Dkt. No. 32). Pursuant to Local Rule 6.1(b)(3), Plaintiffs' reply brief on the cross-motion is currently due by January 26, 2018. Plaintiffs respectfully request an extension of time to file their reply brief until February 9, 2018. Plaintiffs respectfully submit that this request for a two-week extension for their reply is particularly reasonable in light of the one-month extension granted to Defendants for their opposition to the cross-motion. **Defendants do not oppose the requested extension.**

    The parties previously filed a joint stipulation on June 13, 2017 requesting extensions for Plaintiffs to file its amended complaint and for motion to dismiss briefing (Dkt. No. 20), which

1

was granted by the Court in the June 14, 2017 scheduling order (Dkt. No. 21). Plaintiffs also filed a motion to stay briefing on Defendants' Motion to Dismiss (Dkt. No. 28), which was denied by the Court (Dkt. No. 29).

        Respectfully submitted,

        /s/ Jonathan Horne
        Jonathan Horne, Esq. (JH 7258)

cc:    All counsel via ECF

2

THE ROSEN LAW FIRM, P.A. ♦ 275 MADISON AVENUE, 34TH FLOOR ♦ NEW YORK, NY 10016 ♦ TEL: (212) 686-1060 ♦ FAX: (212) 202-3827